IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 22 PM 2:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| DIANE D. PLUNK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 05-2443-B P |
| SHELBY COUNTY GOVERNMENT | ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING TIME TO ANSWER OR OTHERWISE RESPOND

For the reasons set forth in Defendant's Motion for Extension of Time to Answer or Otherwise Respond, and for good cause shown, the time for Defendant to answer or otherwise respond to the Complaint is hereby extended to and including August 17, 2005.

_____
United States ~~District Judge~~ Magistrate

Date: July 22, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02443 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable J. Breen
US DISTRICT COURT