IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 13 AM 8:11
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| DIANE D. PLUNK, ) | |
| Plaintiff, ) | |
| ) | No. 05-2443-B P |
| v. ) | |
| ) | JURY DEMANDED |
| SHELBY COUNTY GOVERNMENT ) | |
| Defendant. ) | |

## RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates have been established as the final dates for:

INITIAL DISCLOSURES pursuant to Fed.R.Civ.P. 26(a)(1): **October 27, 2005**

JOINING PARTIES: **December 16, 2005**

AMENDING PLEADINGS: **December 16, 2005**

INITIAL MOTIONS TO DISMISS: **December 30, 2005**

COMPLETING ALL DISCOVERY:

   a) WRITTEN DISCOVERY: **June 30, 2006**

   b) DEPOSITIONS: **June 30, 2006**

   c) EXPERT DISCLOSURES (Rule 26)

      1) Plaintiff's Rule 26 Expert: **April 14, 2006**

      2) Defendants' Rule 26 Expert: **May 15, 2006**

      3) Expert Depositions: **June 30, 2006**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-13-05

⑧

FILING DISPOSITIVE MOTIONS: **July 31, 2006**

FINAL LISTS OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):

   a) For Plaintiff: <u>Thirty (30) days prior to trial</u>

   b) For Defendants: <u>Twenty (20) days prior to trial</u>

   c) Parties shall have <u>ten (10) days after service</u> of opposition's final witness and/or exhibit list to file objections under Rule 26(a)(3)

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery deadline. All motions, written discovery, or other filings that require a response must be filed sufficiently in advance of the discovery deadline so as to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within <u>thirty (30) days</u> of the default or the service of the response, answer, or objection if the default occurs within thirty (30) days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

The parties are reminded that, pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59, and 60, must be accompanied by a proposed order. The opposing party on any motion may file a response. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it must file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

This case is set for JURY TRIAL and is expected to last FOUR (4) days. The district judge will set the trial date, pretrial conference date, and deadline for pretrial order. The attorneys will determine if the case is appropriate for ADR and will report to the Court within one (1) week after the close of discovery.

The parties have not consented to trial before the magistrate judge.

This Scheduling Order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

IT IS SO ORDERED.

*[signature]*

Honorable Tu M. Pham
United States Magistrate Judge

Dated: October 12, 2005

**APPROVED FOR ENTRY:**

LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Avenue
Memphis, Tennessee 38104
(901) 274-2075

By: *[signature]*
Kathleen L. Caldwell (#9916) with express permission

Attorneys for Plaintiff


FORD & HARRISON LLP
795 Ridge Lake Blvd., Ste. 300
Memphis, Tennessee 38120
(901) 291-1500

By: *[signature]*
Louis P. Britt (#5613)
Keith R. Thomas (#18928)

Attorneys for Defendant

MEMPHIS:155758.1

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02443 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT